IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Steward, Ronald

Printed: 4/22/08

Case Number: 07 B 12238
Judge: Hollis, Pamela S
Filed: 7/10/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 720.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 681.12 |
| Trustee Fee: |  | 38.88 |
| Other Funds: |  | 0.00 |
| Totals: | 720.00 | 720.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 681.12 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 1,861.05 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 7,171.46 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 14,688.00 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 1,323.10 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 559.00 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Unsecured | 329.94 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Unsecured | 716.83 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 917.12 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 74.68 | 0.00 |
| 11. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 12. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 13. | Illinois Dept Of Public Aid | Priority |  | No Claim Filed |
| 14. | AFNI | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 17. | Superior Mgt. | Unsecured |  | No Claim Filed |
| 18. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,105.18 | $ 681.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 38.88 |
|  | $ 38.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Steward, Ronald

Printed:  4/22/08

Case Number:  07 B 12238
Judge:  Hollis, Pamela S
Filed:  7/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____